No. 1187. JACKSON *v.* TENNESSEE. May 12, 1947. Petition for writ of certiorari to the Supreme Court of

Tennessee denied.   *Grover N. McCormick* for petitioner. *Nat Tipton* for respondent.